### 7838. FERGUSON *v.* THE STATE.

BROYLES, J. The defendant was convicted of a violation of the "labor-contract act" (Acts 1903, p. 90; Park's Penal Code, §§ 715, 716). In order to sustain the constitutionality of this act, our Supreme Court has considered it necessary to give to the act a very strict construction. This construction has of course been followed by this court, in reviewing cases based upon alleged violations of this act. Under such a strict construction it has been (as is shown by the large number of such cases in which there have been reversals by the Supreme Court and this court) a very difficult matter for a reviewing court to sustain convictions secured under this act; and this case is no stronger than the average one. The evidence adduced upon the trial was clearly insufficient to authorize the conviction of the accused.

*Judgment reversed.*

DECIDED OCTOBER 24, 1916.

Accusation of cheating and swindling; from city court of Eastman—Judge Neese. August 23, 1916.

*C. W. Atwill,* for plaintiff in error.
*J. H. Roberts, solicitor,* contra.